### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**ALYSON SLAUGHTER,** *et al.*,

         **Plaintiffs,**

    v.

**NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a AMTRAK,**

        **Defendant.**

**Case No. 1:19-cv-02920-APM**

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED to and agreed by and between the parties, by and through counsel, that this action be dismissed with prejudice as to all claims, counterclaims, crossclaims or actions in the above matter that each party has, had or may have against the other under Fed. R. Civ. P. 41 in accordance with the terms of the settlement agreement between the parties. Each party shall bear their own costs and attorneys' fees.

Dated:  July 28, 2021.

           By: */s/ Sophia G. Gold*_____
              Sophia G. Gold
              Jeffrey D. Kaliel
              **KalielGold PLLC**
              1100 15th Street NW, 4th Floor
              Washington, DC 20005
              Telephone: (202) 350-4783
              sgold@kalielgold.com
              jkaliel@kalielpllc.com

              *Attorneys for Plaintiff*
              *Alyson Slaughter*

Dated:  July 28, 2021.

           By: */s/ Lindsay Morgan Neinast*
              Lindsay Morgan Neinast
              Alison N. Davis
              **Littler Mendelson, P.C.**
              815 Connecticut Avenue NW, Suite 400
              Washington, DC 20006

Telephone: (202) 842-3400
lneinast@littler.com
andavis@littler.com

*Attorneys for Defendant*
*National Railroad Passenger Corporation*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of July, a true and accurate copy of the foregoing was electronically filed, via CM/ECF system and served upon all counsel of record.


*/s/ Sophia G. Gold*
Sophia G. Gold